■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MOORE, Appellant. [823 NYS2d 750]—Appeal from a judg-

ment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered November 8, 2004. The judgment revoked defendant's probation and imposed a term of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.